Filing # 135627658 E-Filed 09/30/2021 09:21:31 AM

IN THE CIRCUIT COURT FOR THE 18TH
JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY,
FLORIDA

KAREN MESCHINO

      Plaintiff,

vs.

SUN COMMUNITIES, INC.

      Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, KAREN MESCHINO by and through her undersigned attorney, files this Complaint and sues Defendant, SUN COMMUNITIES, INC. and alleges:

### GENERAL ALLEGATIONS COMMON TO ALL COUNTS

1.    This is an action for damages in excess of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs and interests.

2.    At all times material hereto, Plaintiff, KAREN MESCHINO, has been a resident of Brevard County, Florida.

3.    At all times material hereto, Defendant, SUN COMMUNITIES, INC. was and is a corporation doing business in Brevard County, Florida.

4.    At all times material hereto, Defendant SUN COMMUNITIES, INC. owned and operated the property, including the roadways and sidewalks, known as the Island Lakes Manufactured Housing Community, located in Brevard County, Florida.

5.    Jurisdiction and venue are proper with this Court as the situs of the incident is in Brevard County, Florida.

## COUNT I:  NEGLIGENCE

Paragraphs 1 – 5 are hereby re-alleged and incorporated as though fully set forth herein.

6.    On or about April 2, 2020, the Plaintiff, KAREN MESCHINO was an invitee at the Island Lakes Manufactured Housing Community and was riding her bicycle on the Island Lakes Manufactured Housing Community roadway.

7.    At that time and place, Plaintiff, KAREN MESCHINO was thrown from her bicycle after riding over a poorly maintained roadway located in the Island Lakes Manufactured Housing Community.

8.    As the owner of the aforementioned property, the Defendant, SUN COMMUNITIES, INC. owed the Plaintiff, KAREN MESCHINO the following duties:

     a.    Maintain the property in a reasonably safe condition;

     b.    Correct dangerous conditions on the property; and

     c.    Warn of any dangerous conditions on the property.

9.    Defendant, SUN COMMUNITIES, INC. breached the aforementioned duties of care owed to the Plaintiff, including, but not limited to, the following:

     a.    Failing to exercise reasonable care in the maintenance, inspection, repair, warning, and/or mode of operation of the property;

     b.    Failing to maintain the roadway in a reasonably safe condition;

     c.    Failing to place warning signs on or near the damaged roadway;

     e.    Failing to warn the Plaintiff that the roadway was dangerous;

     f.    Failing to prohibit use of the subject area;

     g.    Failing to properly inspect the subject area;

     h.    Failing to keep the area free from hazards;

2

      i.      Defendant knew of the negligent condition or it existed long enough so the Defendant should have discovered it in the exercise of due care;

      j.      The negligent condition created a foreseeable zone of risk posing a threat of harm to the Plaintiff.

10.      As a direct and proximate result of Defendant's negligence, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings in the past, loss of ability to earn money in the future, and aggravation or activation of a previously existing condition. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future. The Plaintiff has sustained a permanent injury within a reasonable degree of medical probability.

WHEREFORE, the Plaintiff, KAREN MESCHINO demands judgment for damages against the Defendant, SUN COMMUNITIES, INC. in an amount which is in excess of Thirty Thousand Dollars ($30,000.00), interest and costs of the action.

## DEMAND FOR JURY TRIAL

Plaintiff, KAREN MESCHINO, as a matter of right, demands a trial by jury on all issues so triable.

Dated on this 30th day of September, 2021.

LESSER, LESSER, LANDY & SMITH, PLLC
Attorneys for Plaintiff
4800 North Federal Highway, Suite 205B
Boca Raton, FL 33431
Telephone: (561) 367-7799
Facsimile: (561) 368-8292

/s/JEFFREY F. GORDON
JEFFREY F. GORDON, Esquire
FL Bar No.: 602329
E-Mail: jgordon@lesserlawfirm.com
           cflorez@lesser lawfirm.com

3